```
           IN THE UNITED STATES DISTRICT COURT FOR
                THE EASTERN DISTRICT OF OKLAHOMA


UNITED STATES OF AMERICA,           )
                         Plaintiff, )
vs.                                  )       CIV 07-211-RAW
                                     )
1) GORDON ERIC PHILLIPS,             )
a.k.a. Gordon E. Phillips;           )
a.k.a. Gordon Phillips;              )
2) ROBBIN LOUISE PHILLIPS,           )
a.k.a. Robbin Phillips;              )
4) CENTRAL STATES ORTHOPEDIC         )
SPECIALISTS;                         )
                         Defendants.)
```

## DEFICIENCY JUDGMENT

This matter comes on to be heard this 17th day of July, 2008 upon plaintiff's, United States of America, ex rel Farm Service Agency, formerly Farmers Home Administration, Department of Agriculture (hereinafter "FSA"), motion for leave to enter a deficiency judgment against the defendant, Gordon Eric Phillips, the plaintiff, FSA, appearing by its attorney of record, and the defendant, Gordon Eric Phillips, having been duly notified of the hearing of said motion at this time and place; now the Court considers said motion and being fully advised in the premises finds;

The United States Marshal for the Eastern District of Oklahoma attempted to pick up and sell the personal property herein involved in this case pursuant to a judgment of this Court made and entered on October 25, 2007, against the defendants, Gordon Eric Phillips and Robbin Louise Phillips. The amount of said judgment in favor of the FSA is the sum of $191,828.40 as of October 25, 2007, with interest accruing thereafter at 4.14% per annum until paid. Notice of Marshal's Sale was given as required by law. The personal property was not located and consequently not sold. Therefore, the debt balance remains unchanged.

The defendants are jointly and severally liable for the debt but Farm Service Agency seeks

a deficiency judgment against Gordon Eric Phillips only.

IT IS THEREFORE ORDERED that the plaintiffr, FSA, have and recover a deficiency judgment from the defendant, Gordon Eric Phillips, for the sum of $191,828.40 as of October 25, 2007, with interest accruing thereafter at 4.14% per annum until paid.

_____
UNITED STATES DISTRICT JUDGE